IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02237-PAB

ANA MARIA TARAZONA-ABRIL,

      Petitioner,

v.

JUAN BALTAZAR, Warden, Denver Contract Detention Facility,
GEORGE VALDEZ, Denver Field Office Director of Immigration and Customs Enforcement,
DAVID VENTURELLA, Acting Director of Immigration and Customs Enforcement,
DAREN MARGOLIN, EOIR Director, U.S. Department of Justice,
MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security, and
TODD BLANCHE, U.S. Attorney General,

      Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 10] of United States District Judge Philip A. Brimmer entered on June 3, 2026, it is

ORDERED that petitioner Ana Maria Tarazona-Abril's Petition for Writ of Habeas Corpus [Docket No. 1] is GRANTED. It is further

ORDERED that this case is closed.

Dated:  July 10, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By s/ S. Grimm
   Deputy Clerk